UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Secretary of Labor
v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)

*RECEIVED & FILED 1999 DEC 28 AM 8:13 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.20.99   **Docket #** 36<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion requesting an extension of time | Granted until **January 20, 2000**. |

Date 12/27/99

HECTOR M. LAFFITTE
Chief U.S. District Judge