UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Secretary of Labor
v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 1.24.00  Docket # 38<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Informative Motion and request for leave to file by January 27, 2000 | Granted. The reply shall be filed by **January 31, 2000**. |

Date  1-26-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

