UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Secretary of Labor
v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 2.8.00  Docket # 42<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion for leave to file response | Denied. If, after further review of the record, it appears that further briefings are necessary, the Court will order the parties to file them. |

Date 2-11-00

HECTOR M. LAFFITTE
Chief U.S. District Judge