# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

ALEXIS M. HERMAN, SECRETARY
OF LABOR,
  Plaintiff,

                                     Civil No. 98-1342 (HL)

v.

HOGAR PRADERAS DE AMOR, INC.,
CARMEN DÍAZ ALVERIO,
  Defendants.

## JUDGMENT

The Court having issued an opinion and order on the bench trial held for this case,

judgment is hereby entered in favor of Plaintiff and against Defendants. Defendants shall

be liable for the following:

1.    An amount compensating each Hogar employee an amount that would bring that employee's wages up to the applicable minimum wage. Interest on the amount for each employee shall be assessed at the rate of 5.45 percent, to accrue from January 1, 1997, to the date of this judgment.

2.    An amount compensating any Hogar nurse's aide, maintenance/laundry worker, and kitchen worker who started working between July 15, 1994, and July 20, 1999, for 14 hours of uncompensated work which Defendants had designated as "training." Liquidated damages shall also be assessed in an amount equal to the amount of this unpaid time.

3.    An amount compensating each Hogar nurse's aide and maintenance/laundry worker for underpaid overtime. For each month worked between July 15, 1994, and July 20, 1999, each worker shall receive two hours of pay at half that worker's regular rate of pay. Liquidated damages shall also be assessed in an amount equal to the amount of this underpaid time.

4.    An amount compensating each nurse's aide or maintenance worker who worked the 7:00 a.m. to 3:00 p.m. shift from July 15, 1994, to February 20, 1999. For each day worked, the worker shall be entitled to an additional half



AO 72A
(Rev.8/82)

2

hour's worth of wages.  Liquidated damages shall also be assessed in an
amount equal to the amount of this unpaid time.

**IT IS SO ORDERED.**
San Juan, Puerto Rico, January **25**, 2001.

HECTOR M. LAFFITTE
Chief U.S. District Judge