...

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Secretary of Labor
v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.27.01   **Docket #** 47<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion for extension of time | Granted until March 30, 2001. |

Date 3/9/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

