UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Secretary of Labor
    v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)



| MOTION | ORDER |
|---|---|

**Date Filed:** 3.30.01    **Docket #** 49    Granted until **April 12, 2001**.
[x] Plffs    [ ] Defts    [ ] Other
**Title:** Motion for an extension of time

Date 4/2/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

