UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Secretary of Labor
v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4.25.01  **Docket #** 53<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Motion requesting time to evaluate report | Granted until **May 24, 2001**. No further extensions shall be granted. |

Date 5/7/01

HECTOR M. LAFFITTE
Chief U.S. District Judge


