UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States Department of Labor,
    Plaintiff,
    V.
Hogar Praderas de Amor, Inc., et al.,
    Defendants.

CASE NUMBER: 98-1342 (HL)

## ORDER

The Court having spoken by telephone with both parties and in the absence of any objection by Plaintiff, Defendant Carmen E. Diaz Alverio is hereby granted until June 1, 2001 to evaluate Plaintiff's backwage report. Defendant's June 1, 2001 filing shall be in the form of a motion informing the Court of the parties' plans to meet and reconcile their respective positions with regard to the backwage computations.

Date
22 V 01

HECTOR M. LAFFITTE
Chief U.S. District Judge