# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Secretary of Labor
v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 6.4.01   **Docket #** 56<br>[] Plffs  [x] Defts  [ ] Other<br>**Title:** Informative Motion in compliance with order | Granted until **June 29, 2001**. |

Date 6\11\01

HECTOR M. LAFFITTE
Chief U.S. District Judge

