# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Secretary of Labor
v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 6.28.01   **Docket # 58**<br>[x] Plffs  [] Defts  [ ] Other<br>**Title:** Informative Motion regarding parties' discussions | Granted until **July 20, 2001**. |

Date 7/12/01

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

s/cs:to ( 7 )
attys/pts
in ICMS

JUL 1 3 2001