```
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO
------------------------------------------
ELAINE L. CHAO, Secretary of Labor,        :    Civil Action
United States Department of Labor
                                           :    File No.
                Plaintiff,                      98-1342 (HL)
                                           :
       v.                                       AMENDED
                                           :    JUDGMENT

HOGAR PRADERAS DE AMOR, INC., A Corporation,
and CARMEN E. DIAZ ALVERIO, Individually   :
and as President
                Defendants                 :
------------------------------------------
```

ENTERED ON DOCKET
_____ PURSUANT
TO FRCP RULES 58 & 79a

Based on plaintiff's motion to settle this Court's January 25, 2001 Judgment and the computations contained in said motion, this Court finds that minimum wage, overtime compensation, liquidated damages, and pre-judgment interest is due certain of defendants employees in the following gross amounts:

1. An amount compensating each Hogar employee an amount that would bring that employee's wages up to the applicable minimum wage. Interest on the amount for each employee shall be assessed at the rate of 5.45%, to accrue from January 1, 1997 to January 25, 2001:

   Minimum Wage deficiency              $ 38,816.25

   Pre-judgment interest @ 5.45%        $  8,461.97

2. An amount compensating any Hogar's nurse's aide, maintenance/laundry worker, and kitchen worker who started working between July 15, 1994 and July 20, 1999, for 14 hours of uncompensated work which Defendants had designated as "training". Liquidated damages shall also




   be assessed in an amount equal to the amount of this unpaid time.

Minimum Wage deficiency $5,691.70

Liquidated Damages      $5,691.70


3. An amount compensating any Hogar's nurse's aide, maintenance/laundry worker, and kitchen worker for underpaid overtime. For each month worked between July 15, 1994 and July 20, 1999, each worker shall receive two hours of pay at half that worker's regular rate of pay. Liquidated damages shall also be assessed in an amount equal to this underpaid time.

Overtime Pay deficiency      $4,501.50

Liquidated Damages           $4,501.50


4. An amount compensating any Hogar's nurse's aide or maintenance worker who worked the 7:00 a.m. to 3:00 p.m. shift from July 15, 1994 to February 20, 1999. For each day worked, the worker shall be entitled to an additional half hour's worth of wages. Liquidated damages shall also be assessed in an amount equal to this unpaid time.

Deficiency              $15,700.74

Liquidated Damages      $15,700.74


It is:

**I. ORDERED, ADJUDGED, and DECREED** that the defendants, HOGAR PRADERAS DE AMOR, INC., a corporation, and CARMEN E. DIAZ ALVERIO,

individually and as president, their officers, agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and hereby are, enjoined and restrained from withholding the payment of $64,709.59 due and owing to their employees in unpaid minimum wage and overtime compensation and $8,461.97 in pre-judgment interest. Additionally, pursuant to Section 16(c) of the Act, the Defendants shall pay the sum of $25,893.94 in liquidated damages. Defendants' total liability is $99,065.50.

The provisions of this order relative to the payment of backwages, pre-judgment interest and liquidated damages shall be deemed satisfied when defendants deliver to the Bank of America, U.S. Department of Labor, ESA, Wage and Hour Division, P.O. Box 845229 Dallas, TX 75284-5229 a certified check or bank check or money order for the gross amount of $99,065.50 made payable to "Wage & Hour, Labor". Said payment shall be delivered no later thirty (30) days from the entry of this Amended Judgment.

Defendants shall make available to plaintiff the social security number and last known address of each employee or former employee listed in Exhibit A of this judgment. The Secretary shall distribute the proceeds of such checks to the employees involved, or to their estates, if that is necessary.

II. Neither defendants nor any one on their behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid as backwages, pre-judgement interest and liquidated damages under this Judgment. Any sums which cannot be distributed to the employees named herein, or to their personal representatives

because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited with the Clerk of this Court who shall forthwith deposit such money with the Treasurer of the United States pursuant to 28 U.S.C. §§2041 and 2042.

**III. IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that neither the commencement of this action nor the provisions of this Amended Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of defendants not listed in Exhibit A, be they current or former employees, to file any action against defendants under section 16(b) of the Act or likewise for any current or former employee to file any action against defendants under section 16(b) of the Act for any violations alleged to have occurred after July 20, 1999.

DATED: August 9, 2001
Hato Rey, Puerto Rico

HONORABLE HECTOR M. LAFFITTE
CHIEF UNITED STATES DISTRICT JUDGE

| EMPLOYEE | BEG DT | END DT | NO. WKS | PR MW | MW INT | PR OT | PR OT L.D | UNPD TRNG | LD TRNG | MEALS | MEAL LD | JDGMT OT | JDGMT LD | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alvarez Figueroa, Marta | 07/15/94 | 07/31/99 | 264.14 | $ 1,155.20 | $ 251.83 | | | | | $ 1,115.22 | $ 1,115.22 | $ 79.60 | $ 79.60 | $ 3,796.68 |
| Alvarez Santiago, Wanda I. | 01/10/98 | 09/26/98 | 38.00 | | | | | | | $ 160.44 | $ 160.44 | $ 11.45 | $ 11.45 | $ 487.98 |
| Alvarez, Cecilia | 07/15/94 | 07/31/94 | 3.29 | $ 65.70 | $ 14.32 | | | | | $ 13.87 | $ 13.87 | $ 0.99 | $ 0.99 | $ 109.75 |
| Ayala, Ivelisse | 09/30/94 | 09/30/94 | 1.00 | $ 14.40 | $ 3.14 | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 145.59 |
| Ayuso, Lizbeth | 12/22/94 | 02/11/95 | 8.29 | $ 531.00 | $ 115.76 | | | | | $ 34.98 | $ 34.98 | $ 2.50 | $ 2.50 | $ 925.72 |
| Aza, Ana | 07/09/94 | 07/16/94 | 2.00 | $ 60.30 | $ 13.15 | | | | | $ 8.44 | $ 8.44 | $ 0.60 | $ 0.60 | $ 91.54 |
| Belen Morales, Maria E. | 02/10/96 | 04/25/98 | 116.00 | $ 1,414.95 | $ 308.46 | $ 44.13 | $ 44.13 | | | $ 489.76 | $ 489.76 | $ 34.96 | $ 34.96 | $ 2,980.11 |
| Benitez Medina, Glendaliz | 09/07/96 | 09/07/96 | 1.00 | | | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 128.05 |
| Bodelo Pascual, Maria | 09/13/97 | 07/18/98 | 45.00 | | | | | | | $ 189.99 | $ 189.99 | $ 13.56 | $ 13.56 | $ 551.31 |
| Bonilla Garcia, Evelyn | 12/28/96 | 09/06/97 | 37.00 | | | $ 38.12 | $ 38.12 | | | $ 156.22 | $ 156.22 | $ 11.15 | $ 11.15 | $ 543.97 |
| Carmona Llanos, Maria I. | 10/17/98 | 07/31/99 | 42.00 | | | $ 5.15 | $ 5.15 | | | $ 177.33 | $ 177.33 | $ 12.66 | $ 12.66 | $ 534.47 |
| Carrasquillo, Elsa | 01/13/96 | 01/13/96 | 1.00 | | | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 128.05 |
| Cepeda Cruz, Clara N. | 07/28/95 | 07/28/95 | 1.00 | $ 28.80 | $ 6.28 | | | | | $ 25.33 | $ 25.33 | $ 1.81 | $ 1.81 | $ 163.13 |
| Cepeda Rivera, Idalys | 01/23/99 | 02/27/99 | 6.00 | | | | | | | $ 35.59 | $ 35.59 | $ 2.54 | $ 2.54 | $ 208.78 |
| Cepeda, Noelia | 01/27/96 | 03/19/96 | 8.43 | $ 162.87 | $ 35.51 | $ 5.15 | $ 5.15 | | | $ 42.22 | $ 42.22 | $ 3.01 | $ 3.01 | $ 393.63 |
| Cintron Figueroa, Maria B. | 08/23/97 | 10/25/97 | 10.00 | | | | | | | $ 8.44 | $ 8.44 | $ 0.60 | $ 0.60 | $ 223.47 |
| Colon Marrero, Indira | 08/08/98 | 08/15/98 | 2.00 | | | $ 5.15 | $ 5.15 | | | $ 42.22 | $ 42.22 | $ 3.01 | $ 3.01 | $ 172.59 |
| Colon, Awilda | 11/12/94 | 04/20/96 | 76.00 | $ 2,136.21 | $ 465.69 | $ 92.01 | $ 92.01 | | | $ 320.88 | $ 320.88 | $ 22.90 | $ 22.90 | $ 3,592.48 |
| Cotto, Maria A. | 09/23/94 | 09/30/94 | 1.00 | $ 21.60 | $ 4.71 | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 154.36 |
| Cruz Urbina, Teresa | 10/10/98 | 07/31/99 | 43.00 | | | | | | | $ 181.55 | $ 181.55 | $ 12.96 | $ 12.96 | $ 533.22 |
| De Jesus Morales, Jesus | 09/21/96 | 01/11/97 | 17.00 | $ 155.25 | $ 33.84 | | | | | $ 71.78 | $ 71.78 | $ 5.12 | $ 5.12 | $ 461.89 |
| DeJesus Ortiz, Glorimar | 09/14/94 | 09/14/94 | 1.00 | $ 22.93 | $ 5.00 | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 155.98 |
| Delgado Gil, Angela | 04/19/97 | 11/08/97 | 30.00 | | | $ 25.34 | $ 25.34 | | | $ 126.66 | $ 126.66 | $ 9.04 | $ 9.04 | $ 455.09 |
| Diaz Navarro, Marisol | 09/21/96 | 09/26/96 | 1.71 | $ 30.25 | $ 6.59 | | | | | $ 7.24 | $ 7.24 | $ 0.52 | $ 0.52 | $ 171.35 |
| Diaz Pollock, Lucy | 07/23/94 | 10/08/94 | 12.00 | $ 72.00 | $ 15.70 | | | | | $ 50.67 | $ 50.67 | $ 3.62 | $ 3.62 | $ 196.26 |
| Diaz Rivera, Ana | 02/17/96 | 02/17/96 | 1.00 | $ 46.80 | $ 10.20 | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 185.05 |
| Diaz, Dimaris | 11/15/95 | 11/15/95 | 1.00 | $ 19.80 | $ 4.32 | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 152.17 |
| Escalera Cruz, Luz Nereida | 08/22/98 | 09/19/98 | 5.00 | | | | | | | $ 21.11 | $ 21.11 | $ 1.51 | $ 1.51 | $ 189.43 |
| Femandez Hiraldo, Zulema | 03/23/96 | 03/30/96 | 2.00 | $ 66.60 | $ 14.52 | | | | | $ 8.44 | $ 8.44 | $ 0.60 | $ 0.60 | $ 218.21 |
| Freire Marrero, Angel L. | 09/07/96 | 03/01/97 | 26.00 | $ 135.76 | $ 29.59 | | | | | $ 109.77 | $ 109.77 | $ 7.84 | $ 7.84 | $ 519.57 |
| Fuentes Fuentes, Benicia | 07/15/95 | 07/15/95 | 1.00 | $ 28.80 | $ 6.28 | | | | | $ 4.22 | $ 4.22 | $ 0.30 | $ 0.30 | $ 163.13 |
| Gil, Gilma | 07/31/96 | 08/17/96 | 3.43 | $ 29.70 | $ 6.47 | | | | | $ 14.48 | $ 14.48 | $ 1.03 | $ 1.03 | $ 186.19 |
| Gomez Febres, Yesenia | 04/18/98 | 09/12/98 | 22.00 | | | $ 21.12 | $ 21.12 | | | $ 92.89 | $ 92.89 | $ 6.63 | $ 6.63 | $ 385.47 |
| Gonzalez Flores, Maria | 06/20/98 | 08/08/98 | 8.00 | | | | | | | $ 33.78 | $ 33.78 | $ 2.41 | $ 2.41 | $ 216.58 |
| Gonzalez Galindez, Maria | 08/10/96 | 08/30/97 | 56.00 | | | | | | | $ 236.44 | $ 236.44 | $ 16.88 | $ 16.88 | $ 699.73 |
| Gonzalez, Carmen | 01/07/95 | 03/04/95 | 9.00 | $ 320.40 | $ 69.85 | $ 37.05 | $ 37.05 | | | $ 38.00 | $ 38.00 | $ 2.71 | $ 2.71 | $ 590.67 |
| Gonzalez, Maria M. | 03/25/95 | 07/20/96 | 70.00 | $ 580.87 | $ 126.63 | | | | | $ 295.55 | $ 295.55 | $ 21.09 | $ 21.09 | $ 1,459.78 |
| Hernandez Guadalupe, Luz M. | 10/05/96 | 02/01/97 | 18.00 | | | | | | | $ 76.00 | $ 76.00 | $ 5.42 | $ 5.42 | $ 281.84 |
| Hernandez Oquendo, Nilsa | 07/29/95 | 05/11/96 | 42.00 | $ 121.16 | $ 26.41 | | | | | $ 236.44 | $ 236.44 | $ 16.88 | $ 16.88 | $ 646.54 |
| Hernandez, Luz C | 07/23/94 | 07/30/94 | 2.00 | $ 50.40 | $ 10.99 | | | | | $ 8.44 | $ 8.44 | $ 0.60 | $ 0.60 | -$ 79.48 |
| Hidalgo Mota, Silverina | 05/16/98 | 07/18/98 | 10.00 | | | | | | | $ 42.22 | $ 42.22 | $ 3.01 | $ 3.01 | $ 253.67 |
| Irrizary De Leon, Nancy | 10/30/95 | 11/15/95 | 3.29 | $ 18.67 | $ 4.07 | $ 9.50 | $ 9.50 | | | $ 13.87 | $ 13.87 | $ 0.99 | $ 0.99 | $ 171.47 |

Exhibit A

| Name | Date 1 | Date 2 | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Amount 5 | Amount 6 | Amount 7 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Liberato Perez, Celia | 07/23/94 | 01/27/96 | 80.00 | $ 2,665.86 | $ 581.16 | $ 756.50 | $ 756.50 | $ 59.50 | $ 337.77 | $ 337.77 | 24.11 | $ 5,483.77 |
| Llanos Parrilla, Bertina | 09/17/94 | 07/19/97 | 149.00 | $ 2,164.12 | $ 471.78 | $ 372.00 | $ 372.00 | $ 59.50 | $ 629.09 | $ 629.09 | 44.90 | $ 4,846.89 |
| Lopez Maldonado, Janet | 10/17/98 | 07/31/99 | 42.00 | | | | | $ 72.10 | $ 177.33 | $ 177.33 | 12.66 | $ 524.17 |
| Lopez Maldonado, Johana | 07/18/98 | 12/19/98 | 23.00 | | | | | $ 72.10 | $ 97.11 | $ 97.11 | 6.93 | $ 362.58 |
| Lopez, Carmen R. | 10/31/95 | 10/31/95 | 1.00 | | $ 50.40 | $ 5.15 | $ 5.15 | $ 59.50 | $ 4.22 | $ 4.22 | 0.30 | $ 189.44 |
| Lopez, Carmen R. | 08/16/97 | 11/29/97 | 16.00 | | | | | $ 66.50 | $ 67.55 | $ 67.55 | 4.82 | $ 277.75 |
| Maldonado Gonzalez, Maria M. | 02/28/95 | 02/28/95 | 1.00 | | | | | $ 59.50 | $ 4.22 | $ 4.22 | 0.30 | $ 128.05 |
| Maldonado, Maria | 02/03/96 | 03/16/96 | 7.00 | | $ 73.80 | $ 16.09 | $ 16.09 | $ 59.50 | $ 29.55 | $ 29.55 | 2.11 | $ 272.22 |
| Marquez Rosa, Virginia | 10/12/96 | 12/21/96 | 11.00 | | $ 165.50 | $ 36.08 | $ 36.08 | $ 66.50 | $ 46.44 | $ 46.44 | 3.31 | $ 434.10 |
| Marquez, Elizabeth | 07/06/96 | 07/31/99 | 161.00 | | $ 1,024.80 | $ 223.41 | $ 223.41 | $ 59.50 | $ 679.76 | $ 679.76 | 48.52 | $ 2,847.52 |
| tarrero Rivera, Angela | 11/25/95 | 07/13/96 | 34.00 | | $ 523.22 | $ 114.06 | $ 114.06 | $ 59.50 | $ 143.55 | $ 143.55 | 10.25 | $ 1,063.87 |
| Mass Santana, Luz | 12/06/97 | 04/25/98 | 21.00 | | | $ 11.88 | $ 11.88 | $ 59.50 | $ 88.66 | $ 88.66 | 6.33 | $ 398.56 |
| Medina Sanchez, Altagracia | 10/12/96 | 12/21/96 | 11.00 | | $ 205.50 | $ 44.80 | $ 32.19 | $ 72.10 | | | | $ 250.30 |
| Minelli, Luz | 07/09/94 | 07/31/99 | 265.00 | | $ 1,790.47 | $ 390.32 | $ 813.79 | $ 59.50 | $ 1,118.85 | $ 1,118.85 | 79.86 | $ 6,205.79 |
| Miranda Figueroa, Iris M. | 01/20/96 | 07/31/99 | 185.00 | | $ 621.80 | $ 135.55 | $ 44.65 | $ 59.50 | $ 781.09 | $ 781.09 | 55.75 | $ 2,639.32 |
| Mojica Soriano, Isabel A. | 04/13/96 | 07/06/96 | 13.00 | | $ 494.58 | $ 107.82 | | $ 59.50 | $ 54.89 | $ 54.89 | 3.92 | $ 839.01 |
| Montanez Lopez, Maria | 03/30/96 | 04/25/98 | 109.00 | | $ 959.70 | $ 209.21 | $ 38.23 | $ 59.50 | $ 460.21 | $ 460.21 | 32.85 | $ 2,350.48 |
| Morales Azuaga, Sol M. | 10/07/95 | 07/31/99 | 200.00 | | $ 2,191.17 | $ 477.68 | $ 120.36 | $ 59.50 | $ 844.42 | $ 844.42 | 60.27 | $ 4,837.95 |
| Mueller, Nilda | 10/12/96 | 12/07/96 | 9.00 | | $ 55.00 | $ 11.99 | | $ 66.50 | $ 38.00 | $ 38.00 | 2.71 | $ 281.41 |
| Muhamad-Yusuf Garcia, Halime | 01/04/97 | 04/26/97 | 17.00 | | | | | $ 66.50 | $ 71.78 | $ 71.78 | 5.12 | $ 286.80 |
| Nazario Figueroa, Ivette | 07/09/94 | 08/26/95 | 60.00 | $ 1,243.44 | $ 271.07 | $ 25.50 | $ 25.50 | $ 59.50 | $ 253.33 | $ 253.33 | 18.08 | $ 2,108.32 |
| Noriega Colon, Trinidad | 05/02/98 | 07/31/99 | 66.00 | | | $ 0.77 | $ 0.77 | $ 72.10 | $ 278.66 | $ 278.66 | 19.89 | $ 742.83 |
| Ocasio Pizarro, Zuleika | 05/23/98 | 06/06/98 | 3.00 | | | | | $ 72.10 | $ 12.67 | $ 12.67 | 0.90 | $ 171.34 |
| Olivero Leger, Maria | 07/23/94 | 07/13/96 | 104.00 | $ 2,722.90 | $ 593.59 | $ 10.63 | $ 10.63 | $ 59.50 | $ 439.10 | $ 439.10 | 31.34 | $ 4,278.63 |
| Orta Hidalgo, Nora | 01/10/98 | 10/03/98 | 39.00 | | | $ 23.18 | $ 23.18 | $ 59.50 | $ 164.66 | $ 164.66 | 11.75 | $ 543.39 |
| Ortiz Rosario, Carmen M. | 10/15/94 | 10/15/94 | 1.00 | $ 7.20 | $ 1.57 | | | $ 72.10 | $ 4.22 | $ 4.22 | 0.30 | $ 136.82 |
| Ortiz, Ramona | 02/14/98 | 08/19/98 | 32.00 | | | | | $ 59.50 | $ 135.11 | $ 135.11 | 9.64 | $ 433.70 |
| Pagan Rivera, Migdalia | 07/11/98 | 07/31/99 | 56.00 | | | | | $ 72.10 | $ 236.44 | $ 236.44 | 16.88 | $ 650.83 |
| Pastrana Sanchez, Maria D. | 09/24/94 | 05/13/95 | 34.00 | | $ 319.50 | $ 69.65 | | $ 59.50 | $ 143.55 | $ 143.55 | 10.25 | $ 815.74 |
| Perez Pastana, Luis | 02/24/98 | 03/02/96 | 2.00 | | $ 38.70 | $ 8.44 | | $ 59.50 | $ 8.44 | $ 8.44 | 0.60 | $ 184.23 |
| Pizarro Hernandez, Maria | 07/09/94 | 04/20/96 | 84.00 | $ 2,798.40 | $ 610.05 | $ 225.25 | $ 225.25 | $ 59.50 | $ 396.88 | $ 396.88 | 28.33 | $ 4,709.36 |
| Quidley Resto, Liana | 07/15/95 | 07/15/95 | 1.00 | | $ 28.80 | $ 6.28 | | $ 59.50 | $ 4.22 | $ 4.22 | 0.30 | $ 163.13 |
| Quinonez Davila, Maria | 01/31/98 | 04/11/98 | 11.00 | | $ 60.31 | $ 13.15 | $ 10.30 | $ 72.10 | $ 46.44 | $ 46.44 | 3.31 | $ 264.32 |
| Quinonez Mercado, Carmen | 03/30/96 | 06/01/96 | 10.00 | | | | | $ 59.50 | $ 42.22 | $ 42.22 | 3.01 | $ 282.93 |
| Ramos, Carmen E. | 03/18/95 | 06/29/96 | 68.00 | $ 1,248.28 | $ 272.13 | $ 38.25 | $ 38.25 | $ 59.50 | $ 287.10 | $ 287.10 | 20.49 | $ 2,331.10 |
| Rivera Merced, Carmen A. | 07/25/98 | 08/08/98 | 3.00 | | $ 78.76 | $ 17.17 | | $ 72.10 | $ 12.67 | $ 12.67 | 0.90 | $ 171.34 |
| Rivera Rivera, Idalia | 02/24/96 | 03/02/96 | 2.00 | | $ 495.90 | $ 108.11 | | $ 58.50 | $ 8.44 | $ 8.44 | 0.60 | $ 233.02 |
| Rivera Rodriguez, Celines | 03/31/95 | 10/15/95 | 29.29 | | $ 422.60 | $ 92.13 | $ 2.13 | $ 59.50 | $ 123.65 | $ 123.65 | 8.83 | $ 987.95 |
| Rivera, Carmen M. | 10/22/94 | 01/27/95 | 14.86 | | | | | $ 59.50 | $ 62.73 | $ 62.73 | 4.48 | $ 772.40 |
| Rodriguez Fernandez, Rosa | 03/09/96 | 06/08/96 | 14.00 | | | $ 15.94 | $ 15.94 | $ 59.50 | $ 59.11 | $ 59.11 | 4.22 | $ 277.54 |
| Rodriguez Noriega, David | 10/10/98 | 10/10/98 | 1.00 | | | | | $ 72.10 | $ 4.22 | $ 4.22 | 0.30 | $ 153.25 |
| Rodriguez, Ana | 04/27/96 | 07/20/96 | 13.00 | | | | | $ 59.50 | $ 54.89 | $ 54.89 | 3.92 | $ 236.61 |
| Rodriguez, Ramonita | 10/31/95 | 10/31/95 | 1.00 | | $ 7.20 | | | $ 59.50 | $ 4.22 | $ 4.22 | 0.30 | $ 136.82 |
| Rodriguez, Suleika | | | | | | | | | | | | |
| Roman Diaz, Deyanira | 10/15/94 | 07/31/99 | 251.00 | $ 3,498.31 | $ 762.63 | $ 29.75 | $ 29.75 | $ 59.50 | | | | $ 4,320.44 |

Exhibit A

| Name | Date 1 | Date 2 | Col A | Col B | Col C | Col D | Col E | Col F | Col G | Col H | Col I | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roque Garcia, Maria E. | 11/22/97 | 12/13/97 | 4.00 | | | | $ 72.10 | $ 72.10 | $ 16.89 | $ 16.89 | $ 1.21 | $ 1.21 | 180.39 |
| Rosa Cartagena, Carmen B. | 10/15/95 | 08/31/96 | 46.86 | $ 250.50 | $ 54.61 | | | | | | | | 305.11 |
| Rosario Trinidad, Milagros | 07/29/95 | 04/04/98 | 141.00 | $ 57.60 | $ 12.56 | | $ 59.50 | $ 59.50 | $ 595.31 | $ 595.31 | $ 42.49 | $ 42.49 | 1,485.37 |
| Rosario, Jose | 09/15/94 | 10/31/94 | 7.57 | $ 57.70 | $ 12.58 | | $ 59.50 | $ 59.50 | $ 31.97 | $ 31.97 | $ 2.28 | $ 2.28 | 257.78 |
| Rosario, Nixa | 12/12/98 | 07/31/99 | 34.00 | | | | $ 72.10 | $ 72.10 | $ 143.55 | $ 143.55 | $ 10.25 | $ 10.25 | 451.79 |
| Sanchez De Jesus, Maria D. | 07/09/94 | 11/11/95 | 71.00 | $ 2,605.30 | $ 567.96 | $ 235.88 | $ 59.50 | $ 59.50 | $ 299.77 | $ 299.77 | $ 21.40 | $ 21.40 | 4,287.35 |
| Sanchez Rivera, Sandra | 03/04/95 | 12/30/95 | 44.00 | $ 195.76 | $ 42.67 | $ 1.06 | $ 59.50 | $ 59.50 | $ 185.77 | $ 185.77 | $ 13.26 | $ 13.26 | 757.61 |
| Santana Rios, Hilda | 08/15/95 | 10/21/95 | 10.57 | $ 410.86 | $ 89.57 | $ 12.75 | $ 59.50 | $ 59.50 | $ 44.63 | $ 44.63 | $ 3.19 | $ 3.19 | 740.57 |
| Santos Matos, Irma V. | 08/30/97 | 12/06/97 | 15.00 | | | | $ 66.50 | $ 66.50 | $ 63.33 | $ 63.33 | $ 4.52 | $ 4.52 | 518.22 |
| Suarez Suarez, Nancy | 07/22/95 | 12/23/95 | 23.00 | $ 457.53 | $ 99.74 | $ 124.76 | $ 59.50 | $ 59.50 | $ 97.11 | $ 97.11 | $ 6.93 | $ 6.93 | 884.35 |
| .avarez Gutierrez, Felicia | 09/19/98 | 01/31/99 | 20.14 | | | | $ 72.10 | $ 72.10 | $ 85.04 | $ 85.04 | $ 6.07 | $ 6.07 | 326.43 |
| Taveras Gutierrez, Obdulia | 09/19/98 | 07/31/99 | 46.00 | | | | $ 72.10 | $ 72.10 | $ 194.22 | $ 194.22 | $ 13.86 | $ 13.86 | 560.36 |
| Torres Cruz, Maria E. | 05/02/98 | 06/27/98 | 9.00 | | | | $ 59.50 | $ 59.50 | $ 38.00 | $ 38.00 | $ 2.71 | $ 2.71 | 225.62 |
| Torres Diaz, Sandra | 02/01/97 | 07/31/99 | 131.00 | | $ 7.13 | $ 7.13 | | | | | | | 14.26 |
| Torres O'Farril, Maria S. | 04/18/98 | 12/19/98 | 36.00 | | | | $ 72.10 | $ 72.10 | $ 152.00 | $ 152.00 | $ 10.85 | $ 10.85 | 469.89 |
| Torres Santiago, Sonya | 05/18/96 | 07/31/99 | 168.00 | $ 1,329.96 | $ 289.93 | $ 87.38 | $ 59.50 | $ 59.50 | $ 709.31 | $ 709.31 | $ 50.63 | $ 50.63 | 3,433.53 |
| Vargas Rivera, Carmen R. | 02/08/95 | 02/08/95 | 1.00 | $ 10.00 | $ 2.18 | | | | | | | | 12.18 |
| Vazquez Gonzalez, Gloria | 09/10/94 | 03/23/95 | 28.71 | | | | | | | | $ 8.65 | $ 8.65 | 378.77 |
| Viera Lacen, Jose | 01/28/95 | 04/01/95 | 10.00 | $ 194.40 | $ 42.38 | | $ 59.50 | $ 59.50 | $ 42.22 | $ 42.22 | $ 3.01 | $ 3.01 | 446.25 |
| | | | 4,159.57 | $ 38,816.25 | $ 8,461.97 | $ 3,380.87 | $ 3,380.87 | $ 5,691.70 | $ 5,691.70 | $ 15,700.74 | $ 15,700.74 | $ 1,120.63 | $ 1,120.63 | 99,065.50 |

Exhibit A