# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Secretary of Labor
    v.
Hogar Praderas de Amor, Inc., et al

CASE NUMBER: 98-1342 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.10.02  **Docket #** 62<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Informative Motion and request for permission to withdraw | Granted.  Attorney Luis Pabon-Roca is hereby granted leave to withdraw as counsel of record for Defendants. |

Date 1-15-02

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

RECEIVED & FILED
02 JAN 16 AM 10: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



(3)

(63)